IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**OCTAVIOUS HODGES** **PLAINTIFF**
**#2200000361**

v.  CASE NO: 4:25-CV-00218-BSM

**JORDAN ABLES,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 25th day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE